UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M.C., by and through is guardian ad litem, GAIL HALL, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br>Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:16-cv-1167- JLT <br><br> ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME <br><br> (Doc. 17) |

On February 16, 2017, the parties filed a stipulation for an extension of time for Plaintiff to prepare and serve a confidential letter brief. (Doc. 17) Notably, the Scheduling Order permits a single extension by the stipulation of parties (Doc. 8-1 at 4), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. Plaintiff's request for an extension of time is **GRANTED**; and

2. Plaintiff **SHALL** serve a confidential brief on or before **March 23, 2017**.

IT IS SO ORDERED.

Dated:   **February 21, 2017**           **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE