# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL NICOLE HALL, on behalf of J.M.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:16-cv-1167 - JLT <br><br> ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On June 13, 2018, Gail Nicole Hall, guardian ad litem for minor plaintiff J.M.C., and Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 26)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS**:  fees in the amount of $4,709.80 are **AWARDED** to Plaintiff, Gail Nicole Hall on behalf of J.M.C.

IT IS SO ORDERED.

Dated: **June 13, 2018**           **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE